** NOT PRINTED FOR PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| 8975 LICENSING LLC, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION No. 4:15-cv-825 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| PLAYLV GAMING OPERATIONS LLC, | § | BRC |
| | § | |
| *Defendant*. | § | |

## ORDER GRANTING AGREED MOTION TO DISMISS WITH PREJUDICE

Having considered Plaintiff 8975 Licensing, LLC and Defendant PlayLV Gaming Operations, LLC's Agreed Motion to Dismiss with Prejudice [Dkt. # 6], it is hereby ORDERED that said agreed motion is GRANTED.  It is therefore ORDERED that all claims 8975 Licensing, LLC raised or could have raised in this action against PlayLV Gaming Operations, LLC are hereby dismissed WITH PREJUDICE.

It is further ordered that that all costs and expenses relating to this litigation between 8975 Licensing, LLC and PlayLV Gaming Operations, LLC. (including attorney and expert fees and expenses, if any) shall be borne solely by the party incurring same.

**So ordered and signed on**
Mar 31, 2016

_____
Ron Clark, United States District Judge